# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00646-CV

**Consolidated Reinforcement, L.P. and Consolidated Reinforcement, Inc., Appellants**

**v.**

**Tzu Hui Harry Huang and Hye K. Huang, Appellees**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 228,106-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Consolidated Reinforcement, L.P., and Consolidated Reinforcement, Inc., have informed the Court that they no longer wish to pursue this appeal, and appellants have filed a motion to dismiss. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellants' Motion

Filed:   January 9, 2009